TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Larry A. McDaniel*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARRY ANTHONY MCDANIEL, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:17-CR-00110-APG-CWH <br><br> **UNOPPOSED MOTION TO ALLOW INTERSTATE TRAVEL** |

COMES NOW, the Defendant LARRY ANTHONY MCDANIEL, by and through his attorney, TODD M. LEVENTHAL, ESQ., and hereby files the foregoing notice to allow Interstate Travel to Scottsdale, Arizona from December 21, 2017 through December 23, 2017.

1. Pursuant to the conditions of Pre-Trial Services, Mr. McDaniel is allowed to travel within Clark County, Nevada, and requires permission from the government to travel outside of this area.

2. Travel dates for Mr. McDaniel are **Thrusday December 21, 2017** through **Saturday December 23, 2017**.

3. He will be staying at the following address: 5401 N. Scottsdale Rd. Scottsdale, Arizona 85250.

4. Mr. McDaniel will be traveling by car to the designated address.

////

5. Mr. Leventhal has spoken to RICHARD ANTHONY LOPEZ, Assistant United States Attorney, and he has no objection to the travel.

6. Additionally, Mr. McDaniel will advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.

DATED this 27th day of November, 2017.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:    /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. McDaniel

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
*Attorney for Larry Anthony McDaniel*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>  vs.  )<br>  )<br>LARRY ANTHONY MCDANIEL,  )<br>  )<br>    Defendant.  )<br>_____ ) | 2:17-CR-00110-APG-CWH<br><br>(Proposed) ORDER GRANTING MR. MCDANIEL'S UNOPPOSED MOTION TO TRAVEL OUTSIDE OF CLARK COUNTY, NEVADA |

Based on the Motion of Defendant LARRY ANTHONY MCDANIEL and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, LARRY ANTHONY MCDANIEL may travel outside of Clark County, Nevada from **Thrusday December 21, 2017** through **Saturday December 23, 2017**.
2. Mr. McDaniel has notified his Pre-Trial Officer and has provided the address where he will be staying.
3. Mr. McDaniel will also advise his Pre-Trial Officer within 24hrs of his return to Las Vegas, NV.
4. All other conditions of Pretrial supervision/diversion shall previously remain in place.

**IT IS SO ORDERED.**

Dated this  5th  day of December, 2017.

_____
UNITED STATES MAGISTRATE JUDGE