TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Larry A. McDaniel***

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> LARRY ANTHONY MCDANIEL, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:17-CR-00110-APG-CWH <br><br> **UNOPPOSED MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |

COMES NOW, the Defendant LARRY ANTHONY MCDANIEL, by and through his attorney, TODD M. LEVENTHAL, ESQ., and hereby files the foregoing notice to allow the modifications of Pretrial Release Conditions, specifically conditions #38 & #39.

1.  Pursuant to the conditions of Pre-Trial Services *Doc#34, pg.4 #38*, Mr. Larry McDaniel is to submit to any testing required by Pretrial Services or the supervising officer to determine whether the defendant is using a prohibited substance.

2.  Additionally, Mr. Larry McDaniel is responsible for paying all or part of the cost for the testing program, *Doc#34 pg.4 #39*.

3.  The pretrial officer assigned to Mr. McDaniel is not opposed to having these conditions removed.

4. Mr. Leventhal has spoken to Richard A. Lopez, Assistant United States Attorney, and he has no objection to the modifications.

DATED this 5th day of December, 2017.

Submitted By: LEVENTHAL & ASSOCIATES, PLLC

By:    /s/ Todd M. Leventhal

TODD M. LEVENTHAL, ESQ.
Leventhal & Associates, PLLC
Nevada Bar No. 008543
California Bar No. 223577
626 S. 3rd Street
Las Vegas, Nevada 89101
T: 702-472-8686
leventhalandassociates@gmail.com
Attorney for: Mr. McDaniel

TODD M. LEVENTHAL, ESQ
LEVENTHAL AND ASSOCIATES PLLC.
Nevada Bar No. 008543
California Bar No.223577
626 South Third Street
Las Vegas, Nevada 89101
(702) 427-8686
leventhalandassociates@gmail.com
***Attorney for Larry Anthony McDaniel***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:17-CR-00110-APG-CWH |
| Plaintiff, ) | |
| ) | |
| vs. ) | (Proposed) ORDER GRANTING |
| ) | MR. McDANIEL'S UNOPPOSED MOTION |
| LARRY ANTHONY MCDANIEL ) | TO MODIFY CONDITIONS OF PRETRIAL |
| ) | RELEASE |
| Defendant. ) | |

Based on the Motion of Defendant LARRY ANTHONY MCDANIEL, and good cause appearing, the Court hereby ORDERS as follows:

1. Defendant, LARRY ANTHONY MCDANIEL, may be released from submitting to any testing by pretrial services for substance abuse, specifically condition #38.
2. Additionally, Mr. McDaniel, may be released from baring the cost of the testing for substance abuse, specifically condition #39.
3. All other conditions of Pretrial supervision/diversion shall previously remain in place.

**IT IS SO ORDERED.**

Dated this <u>13th</u> day of December, 2017.

_____
GEORGE W. FOLEY
U.S. MAGISTRATE JUDGE