# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LARRY ANTHONY MCDANIEL,

    Defendant.

Case No. 2:17-cr-110-APG-CWH

**ORDER**

This matter is before the Court on Defendant's Motion to Modify Conditions of Release (ECF No. 81), filed on February 15, 2018. The Government filed its Non-Opposition (ECF No. 83) on February 26, 2018.

Defendant requests that the location monitoring condition, including GPS monitoring, be removed as a conditions of his release. Defendant has been compliant with his release conditions and has been reporting as directed. The Government represents that it conferred with Pretrial Services and does not oppose Defendant's request. The Court finds good cause to remove the location monitoring condition, including GPS monitoring, from the order setting Defendant's conditions of pretrial release. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Motion to Modify Conditions of Release (ECF No. 81) is **granted**.

DATED this 26th day of February, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge