TODD M. LEVENTHAL, ESQ
Leventhal and Associates, PLLC
Nevada Bar No. 8543
California Bar No. 223577
626 South Third Street
Las Vegas, Nevada  89101
PHONE: (702) 472-8686
leventhalandassociates@gmail.com
**Attorney for Larry McDaniel**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br><br>LARRY MCDANIEL,<br><br>Defendant. | Case no.: 2:17-cr-00110-APG-DJA-2<br><br>**STIPULATION AND ORDER** |

　　　IT IS HEREBY STIPULATED AND AGREED by and between RICHARD ANTHONY LOPEZ, ESQ., Assistant United States Attorney, counsel for the Government, and TODD M. LEVENTHAL, ESQ., counsel for Defendant LARRY MCDANIEL, that Defendant's condition of release be modified to remove the requirement that Defendant report to the U.S. Pre-Trial Services Office (condition 7). This modification does not affect the other remaining conditions still in effect.

　　DATED this 4th  day of August, 2020

| | |
|---|---|
| */s/ Todd M. Leventhal*<br>TODD M. LEVENTHAL, ESQ.<br>Attorney for Defendant Larry McDaniel | */s/ Richard Anthony Lopez*<br>RICHARD ANTHONY LOPEZ, ESQ.<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

1

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>vs.<br><br>LARRY MCDANIEL,<br><br>　　　　　　　　　Defendant. | Case no.: 2:17-cr-00110-APG-DJA-2 |

## ORDER

Based on the pending Stipulation of the parties, and good cause appearing, the Stipulation is hereby GRANTED.

**IT IS HEREBY ORDERED** that the Defendant's conditions of release be modified to remove the requirement that Defendant report to the U.S. Pre-Trial Services Office (condition 7). This modification does not affect the other remaining conditions still in effect.

DATED this 10th day of August, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　Daniel J. Albregts
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Respectfully Submitted:

  /s/ Todd M. Leventhal
TODD M. LEVENTHAL, ESQ.
LEVENTHAL & ASSOCIATES, PLLC.