# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>LARRY ANTHONY MCDANIEL,<br><br>　　　　　　Defendant. | 2:17-CR-110-APG-DJA<br><br>**Final Order of Forfeiture** |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 21 U.S.C. § 853(p). The jury, and this Court, found Larry Anthony McDaniel guilty of Counts 9 and 10, forfeiting real property located at 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109 (Pinehurst Drive, Unit B) and imposing an in personam criminal forfeiture money judgment of $296,983. The United States has shown the requisite nexus of the forfeitures to the offenses to which Larry Anthony McDaniel was found guilty. Superseding Criminal Indictment, ECF No. 8; Verdict Form, ECF No. 226; Minutes of Jury Trial, ECF No. 229; Preliminary Order of Forfeiture, ECF No. 321.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $296,983 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

**Notice and Service for Preliminary Order of Forfeiture**

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, notifying all potential third parties of their right to petition the Court as to Pinehurst Drive, Unit B. Publication ran consecutively from: July 7, 2023, through August 5, 2023, Notice of Filing Proof of Publication Exhibits as to the Preliminary Order of Forfeiture (NOFPOP-POOF), ECF No. 333-1, p. 5; September 28, 2023, through October 27, 2023, NOFPOF-POOF, ECF No. 356-1, p. 5; and December 9, 2023, through January 7, 2024, NOFPOP-POOF, ECF No. 408-1, p. 5.

This Court finds the United States notified known third parties by personal service or by regular mail and certified mail return receipt requested of their right to petition the Court as to Pinehurst Drive, Unit B. Notice of Filing Service of Process – Personal Service (NOFSOP-PS), ECF Nos. 344, 372, 411; Notice of Filing Service of Process – Mailing (NOFSOP-M), ECF Nos. 365, 386, 400, 421.

Clark County, through its attorneys Steven B Wolfson, District Attorney, and Sarah D. Schaerrer, Deputy District Attorney, filed Clark County's Disclaimer of Interest stating it "disclaims any interest in the Subject Property, Assessor's Parcel Number 162-10-717-043, and waives any and all notices and process required by law in the premises." Clark County's Disclaimer of Interest, ECF No. 339. APN: 162-10-717-043 is real property located at 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109. Clark County never filed a petition for ancillary hearing under 21 U.S.C. § 853 (n)(2), (n)(3), and (6)(A), (6)(B), or both as required by this Court's order, the notice, the forfeiture statutes, and Ninth Circuit forfeiture cases.

The Internal Revenue Service (IRS) personally served John J. Entsminger, General Manager, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 3, 20-22, 27-32.

*/ / /*

The IRS personally served John J. Entsminger, General Manager, Las Vegas Valley Water District, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 7, 20-22, 27-32.

The IRS personally served Gregory J. Walch, General Counsel, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 4, 20-22, 27-32.

The IRS personally served Gregory J. Walch, General Counsel, Las Vegas Valley Water District, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 5, 20-22, 27-32.

The IRS personally served Marilyn Kirkpatrick, President, Las Vegas Valley Water District, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 6, 20-22, 27-32.

The IRS personally served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 5, 13-22.

The United States Attorney's Office served Marilyn Kirkpatrick, Chair of Las Vegas Valley Water District; and Chair of Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 4, 6-15, 29-30.

The IRS personally served Tick Segerblom, Chairman, Clark County Water Reclamation District, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 8, 20-22, 27-32.

The IRS personally served Tick Segerblom, Chairman, Clark County Water Reclamation District and Vice-Chairman of the Clark County Commission, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 11, 13-22.

/ / /

The United States Attorney's Office served Tick Segerblom, Chairman of Clark County Water Reclamation and Vice-Chairman of the Clark County Commission, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 3, 6-18.

The IRS personally served Steven B. Wolfson, Clark County District Attorney, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 9, 20-22, 27-32.

The IRS personally served Debbie Conway, Clark County Recorder, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 12, 20-22, 27-32.

The IRS personally served Briana Johnson, Clark County Assessor, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 14, 20-22, 27-32.

The IRS personally served J. Ken Diaz, Clark County Treasurer, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 17, 20-22, 27-32.

The IRS personally served Lynn Goya, Clark County Clerk, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 13, 20-22, 27-32.

The IRS personally served Lynn Goya, Clark County Clerk, Clark County Board of Commissioners, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 15, 20-22, 27-32.

The IRS personally served Lynn Goya, Clark County Clerk, Clark County Water Reclamation District, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 16, 20-22, 27-32.

The IRS personally served Lynn Goya, Clark County Clerk, and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water

District with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 3, 13-22.

The United States Attorney's Office served Lynn Marie Goya, Clark County Clerk and on behalf of Clark County Water Reclamation District; the Commission Division; the Clark County Board of Commissioners; the Southern Nevada Water Authority; and the Las Vegas Valley Water District, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 4, 6-15, 33-34.

The IRS personally served Kevin Schiller, Clark County Commission Manager, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 4, 13-22.

The United States Attorney's Office served Kevin Schiller, Clark County Commission Manager, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 4, 6-15, 31-32.

The IRS personally served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 8, 13-22.

The United States Attorney's Office served James B. Gibson, Chair of Clark County Commission; Vice President of Southern Nevada Water Authority; and Vice President of Las Vegas Valley Water District, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 3, 6-15, 23-24.

The IRS personally served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 9, 13-22.

The United States Attorney's Office served Justin Jones, County Commissioner; Southern Nevada Water Authority; and Vice Chair of Clark County Water Reclamation, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 3, 6-15, 21-22.

The IRS personally served Olivia Diaz, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 7, 13-22.

The United States Attorney's Office served Olivia Diaz, Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 3, 6-15, 25-26.

The IRS personally served Dan Stewart, Vice Chair, Southern Nevada Water Authority, with copies of the Preliminary Order of Forfeiture and the Notice on January 18, 2024. NOFSOP-PS, ECF No. 411-1, p. 10, 13-22.

The United States Attorney's Office served Dan Stewart, Vice Chair Southern Nevada Water Authority, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 3, 6-15, 19-20.

The IRS personally served Bryan Scott, City Attorney, City of Las Vegas, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 11, 20-22, 27-32.

The IRS personally served Luann D. Holmes, City Clerk, City of Las Vegas, with copies of the Preliminary Order of Forfeiture and the Notice on August 30, 2023. NOFSOP-PS, ECF No. 344-1, p. 10, 20-22, 27-32.

The IRS personally served Luann D. Holmes, City Clerk, City of Las Vegas Sewer, with copies of the Preliminary Order of Forfeiture and the Notice on September 26, 2023. NOFSOP-PS, ECF No. 344-1, p. 18, 23-25, 27-32.

/ / /

The IRS personally served Joey Paskey, Public Works Director of City of Las Vegas, with copies of the Preliminary Order of Forfeiture and the NOFSOP-PS, ECF No. 411-1, p. 6, 13-22.

The United States Attorney's Office served Joey Paskey, Public Works Director of City of Las Vegas, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 17, 2024. NOFSOP-M, ECF No. 421-1, p. 4, 6-15, 27-28.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association Inc., Director Scott Groneman, with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 3, 23-32.

The United States Attorney's Office served and attempted to serve Las Vegas International Country Club Estates Home Owners Association, Inc., Director Scott Groneman, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. The status of the certified mail is unknown as the post office has the document listed as unclaimed/being returned to sender since January 4, 2024. The regular mail was not returned. NOFSOP-M, ECF No. 386-1, p. 4-5, 7-16, 51-55.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association Inc., Treasurer Jill Knowland with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 4, 23-32.

The United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., Treasurer Jill Knowland, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 42-44.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association Inc., Director Gina Rucker with copies of the Preliminary Order of

Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 5, 23-32.

The United States Attorney's Office attempted to serve Las Vegas International Country Club Estates Home Owners Association, Inc., Director Gina Rucker by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. The regular mail was returned no mail receptacle – unable to forward. The status of the certified mail is unknown as the post office has the document listed as unclaimed/being returned to sender since January 4, 2024. NOFSOP-M, ECF No. 386-1, p. 5, 7-16, 56-61.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association, Inc., President Alan Stamm with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 6, 23-32.

The United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., President Alan Stamm, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 36-38.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association, Inc., Gemma Sladky, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 7-8, 23-32.

The United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., Gemma Sladky, Registered Agent, at Geary Pl. by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 45-47.

The United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., Gemma Sladky, Registered Agent, Oakmont Ave. by regular and certified return receipt mail with copies of the Preliminary Order of

Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 48-50.

The IRS personally served Las Vegas International Country Club Estates Home Owners Association, Inc., Secretary Bette Leal, with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 9, 23-32.

The United States Attorney's Office served Las Vegas International Country Club Estates Home Owners Association, Inc., Secretary Bette Leal, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 39-41.

The IRS personally served Quadro Homeowners Association, c/o Secretary Jonathan Hamrick, with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 10, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, c/o Secretary Jonathan Hamrick, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 4, 7-16, 33-35.

The IRS personally served Quadro Homeowners Association, c/o President Elena Lungu with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 11, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, c/o President Elena Lungu, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 3, 7-16, 30-32.

The IRS personally served Quadro Homeowners Association, c/o Director Linda Newport with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 12, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, c/o Director Linda Newport, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 3, 7-16, 24-26.

The IRS personally served Sierra Community Management LLC, Sierra Community Management LLC, Registered Agent c/o Mandy Endelman with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 13, 23-32.

The United States Attorney's Office served Sierra Community Management LLC, Sierra Community Management LLC, Registered Agent, c/o Mandy Endelman, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 3, 7-20.

The IRS personally served Quadro Homeowners Association, Sierra Community Management LLC, Registered Agent c/o Mandy Endelman with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-PS, ECF No. 372-1, p. 14, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, Sierra Community Management LLC, Registered Agent, c/o Mandy Endelman, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. NOFSOP-M, ECF No. 386-1, p. 5, 7-16, 62-64.

The IRS attempted to personally serve Quadro Homeowners Association, c/o The Property Group, Registered Agent, with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. The Property Group is no longer serves as the registered agent for Quadro HOA. NOFSOP-PS, ECF No. 372-1, p. 15-20, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, c/o The Property Group, Registered Agent, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 3, 7-16, 21-23.

10

The IRS attempted to personally serve Quadro Homeowners Association, c/o Director RJ Hunziker with copies of the Preliminary Order of Forfeiture and the Notice on November 27, 2023. Individual is no longer the Director of entity. NOFSOP-PS, ECF No. 372-1, p. 21, 23-32.

The United States Attorney's Office served Quadro Homeowners Association, c/o Director RJ Hunziker, by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on November 22, 2023. NOFSOP-M, ECF No. 386-1, p. 3, 7-16, 27-29.

The United States Attorney's Office served Sylviane Della Whitmore with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 3, 8-17, 21-24.

The United States Attorney's Office served Sylviane Della Whitmore, c/o Lisa A Rasmussen, The Law Offices of Kristina Wildeveld & Associates, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 46-48.

The United States Attorney's Office served The Law Offices of Kristina Wildeveld & Assoc., Lisa A Rasmussen, Attorney for Sylviane Della Whitmore, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 3, 8-17, 29-32.

The United States Attorney's Office served Phillip D. Hurbace with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 3, 8-17, 25-28.

The United States Attorney's Office served Phillip D. Hurbace, c/o Osvaldo E Fumo, Pitaro & Fumo, Chtd., with copies of the Preliminary Order of Forfeiture and the

Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 49-51.

The United States Attorney's Office served Pitaro & Fumo, Chtd, Osvaldo E Fumo Attorney for Phillip D. Hurbace, with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 3, 8-17, 19-20.

The United States Attorney's Office served Bradley and Lori Burns with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 37-39.

The United States Attorney's Office served Kelly Douglas Card or Carn, Jr. on Eastern Ave. with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 52-56.

The United States Attorney's Office served and attempted to serve Kelly Douglas Card or Carn, Jr. on Radcliff Street with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The certified mail was returned unclaimed unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 3, 8-17, 33-35.

The United States Attorney's Office attempted to serve Larry Dean Coralli at zip code 89109 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. The regular mail and certified mail were both returned marked deceased, undeliverable-CMRA, and no authorization to receive mail for this addressee. NOFSOP-M, ECF No. 365-1, p. 5, 8-17, 66-70.

The United States Attorney's Office attempted to serve Larry Dean Coralli at zip code 75001 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. The mail was

returned not deliverable as addressed, unable to forward, attempted – not known. NOFSOP-M, ECF No. 365-1, p. 5, 8-17, 71-75.

The United States Attorney's Office attempted to serve Larry Dean Coralli at zip code 89081 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The regular mail was returned attempted-not known unable to forward. The certified mail was returned attempted-not known unable to forward. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 36-38.

The United States Attorney's Office served the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, at zip code 75001-3715 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on September 27, 2023. Neither mailing was returned. NOFSOP-M, ECF No. 365-1, p. 5, 8-17, 76-80.

The United States Attorney's Office served and attempted to serve the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, at zip code 75025 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on September 27, 2023. The status of the certified mail is unknown as the post office has the document listed held at post office at customer request. Neither mailing was returned. NOFSOP-M, ECF No. 365-1, p. 6, 8-17, 81-85.

The United States Attorney's Office attempted to serve the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, at zip code 75001-3308 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on September 27, 2023. The mail was returned attempted – not known, unable to forward. NOFSOP-M, ECF No. 365-1, p. 6, 8-17, 86-90.

The United States Attorney's Office served and attempted to serve the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, at zip code 75025-2604 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on September 27, 2023. The status of the certified mail is unknown

/ / /

13

as the post office has the document listed delivery attempt, notice left. Neither mailing was returned. NOFSOP-M, ECF No. 365-1, p. 6, 8-17, 91-95.

The United States Attorney's Office served and attempted to serve Brent Lee Coralli with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The status of the certified mail is unknown as the post office has the document listed as delivery attempt redelivery scheduled for next business day. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 39-42.

The United States Attorney's Office served Lucia Garanin or Costin or Aranin or Yaramin at zip code 98029 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 3, 8-17, 28-30.

The United States Attorney's Office served and attempted to serve Lucia Garanin or Costin or Aranin or Yaramin at zip code 98321 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The status of the certified mail was returned unclaimed unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 78-80.

The United States Attorney's Office served Jeffrey Haeberlin with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 34-36.

The United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 40-42.

The United States Attorney's Office served Vicki Hurbace with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail

/ / /

return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 43-45.

The United States Attorney's Office attempted to serve Carl Kenneth Hurst with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The regular mail was returned not deliverable as addressed unable to forward. The certified mail was returned attempted-not known unable to forward. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 43-46.

The United States Attorney's Office served and attempted to serve Estate of Carl Kenneth Hurst, c/o Mrs. Teresa Hurst with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. The status of the certified mail was returned as not deliverable as addressed. The regular mail was not returned. NOFSOP-M, ECF No. 365-1, p. 5, 8-17, 62-65.

The United States Attorney's Office served and attempted to serve Teresa Hurst with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The certified mail was returned unclaimed unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 47-49.

The United States Attorney's Office served Deborah Mayers by regular and certified return receipt mail with copies of the Preliminary Order of Forfeiture and the Notice on January 22, 2024. NOFSOP-M, ECF No. 421-1, p. 4, 6-15, 36-37.

The United States Attorney's Office served and attempted to serve Melinda Sebasovich with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. The status of the certified mail is unknown as the post office has the document listed as no access to delivery location and will redeliver on the next delivery day. Neither mailing was returned. NOFSOP-M, ECF No. 365-1, p. 4, 8-17, 57-61.

The United States Attorney's Office attempted to serve Melinda Sebasovich at zip code 89109 with copies of the Preliminary Order of Forfeiture and the Notice through

regular mail and certified mail return receipt requested on December 11, 2023. The regular mail was returned attempted -not known unable to forward. The certified mail was returned attempted-not known unable to forward. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 50-53.

The United States Attorney's Office served and attempted to serve Melinda Sebasovich at zip code 32063 with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified return receipt mail on December 11, 2023. Both mailings were returned as not deliverable as addressed, unable to forward. NOFSOP-M, ECF No. 400-1, p. 4, 8-17, 54-57. Notice of Modification of the Notices of Filing Service of Process, ECF Nos. 423, p. 1 and 423-1, p. 3.

The United States Attorney's Office served and attempted to serve Melinda Sebasovich at zip code 89074 with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified return receipt mail on December 11, 2023. The certified mail was returned attempted-not known unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 58-60.

The United States Attorney's Office served and attempted to serve Melinda Sebasovich at zip code 32082 with copies of the Preliminary Order of Forfeiture and the Notice through regular and certified return receipt mail on December 11, 2023. The status of the certified mail is unknown as the post office has the document listed as moving through network in transit to next facility since December 22, 2023. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 61-64.

The United States Attorney's Office served Kerin Schroeder with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 3, 8-21.

The United States Attorney's Office served Perry Stasi at zip code 89052 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 3, 8-17, 22-24.

///

The United States Attorney's Office served Perry Stasi at zip code 89142 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 65-68.

The United States Attorney's Office served Perry Stasi at zip code 89052 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 69-72.

The United States Attorney's Office served Todd Vowell at zip code 84790 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 3, 8-17, 25-27.

The United States Attorney's Office served and attempted to serve Todd Vowell at zip code 84790 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The regular mail was returned not deliverable as addressed unable to forward. The certified return receipt was signed and returned. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 73-77.

The United States Attorney's Office served Robert Leroy Wolfe or Kaufman at zip code 89149 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on August 25, 2023. NOFSOP-M, ECF No. 365-1, p. 3, 8-17, 31-33.

The United States Attorney's Office served and attempted to serve Robert Leroy Wolfe (or Kaufman) at zip code 89044 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested on December 11, 2023. The certified mail was returned unclaimed unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 5, 8-17, 81-83.

The United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at zip code 89131 with copies of the Preliminary Order of Forfeiture and the Notice through

regular mail and certified mail return receipt requested on December 11, 2023. The certified mail was returned unclaimed unable to forward. The regular mail was not returned. NOFSOP-M, ECF No. 400-1, p. 6, 8-17, 84-85.

**Notice and Service for Substitution and Forfeiture Order**

On November 15, 2023, the United States filed a Motion to Substitute and to Forfeit Property of Larry Anthony McDaniel (Motion to Substitute), ECF No. 364.

McDaniel failed to respond to the Motion to Substitute and the United States filed a Reply to Non-Response, ECF No. 370. On December 4, 2023, this Court granted the Motion to Substitute, ECF No. 371. On December 11, 2023, the United States took the Substituted property into custody, Notice of Filing Take into Custody, ECF No. 381.

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 6, 2023, through January 4, 2024, notifying all potential third parties of their right to petition the Court as to the Substituted property. Notice of Filing Proof of Publication Exhibits as to the Substitution Order, ECF No. 407-1, p. 5.

This Court finds the United States notified known third parties by regular mail and certified mail return receipt requested of their right to petition the Court. Certificate of Service (COS), ECF No. 399.

The United States Attorney's Office served and attempted to serve Phillip D. Hurbace by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as insufficient address unable to forward. COS, ECF No. 399-1, p. 3-10, 15-17.

The United States Attorney's Office served Pitaro & Fumo, Chtd, Osvaldo E Fumo Attorney for Phillip D. Hurbace, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-12.

/ / /

The United States Attorney's Office served Sylviane Della Whitmore by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 18-20.

The United States Attorney's Office served The Law Offices of Kristina Wildeveld & Assoc., Lisa A Rasmussen, Attorney for Sylviane Della Whitmore, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 13-14.

The United States Attorney's Office served Bradley Burns and Lori Burns by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 25-26.

The United States Attorney's Office served and attempted to serve Kelly Douglas Card (or Carn, Jr.) on Radcliff Street by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. COS, ECF No. 399-1, p. 3-10, 27-29.

The United States Attorney's Office served Kelly Douglas Card (or Carn, Jr.) on Eastern Ave. by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 30-32.

The United States Attorney's Office served and attempted to serve Larry Dean Coralli by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as attempted not known and unable to forward. COS, ECF No. 399-1, p. 3-10, 33-35.

The United States Attorney's Office served the Estate of Larry Dean Coralli, c/o Brent Lee Coralli, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 36-38.

The United States Attorney's Office served Brent Lee Coralli by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 39-41.

The United States Attorney's Office served Lucia Garanin or Costin or Aranin or Yaramin at 98029 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 42-43.

The United States Attorney's Office served and attempted to serve Lucia Garanin or Costin or Aranin or Yaramin at 98321 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as undeliverable as addressed and unable to forward. COS, ECF No. 399-1, p. 3-10, 44-46.

The United States Attorney's Office served Jeffrey Haeberlin by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 47-48.

The United States Attorney's Office served Nicole Hurbace / Nicole Gaudioso by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 23-24.

The United States Attorney's Office served Vicki Hurbace by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 21-22.

The United States Attorney's Office served and attempted to serve Carl Kenneth Hurst by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as not deliverable as addressed and unable to forward. COS, ECF No. 399-1, p. 3-10, 49-51.

/ / /

/ / /

20

The United States Attorney's Office served The Estate of Carl Kenneth Hurst, c/o Teresa Hurst, by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 52-53.

The United States Attorney's Office served Teresa Hurst by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 54-55.

The United States Attorney's Office served Deborah Mayers by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on January 22, 2024. Additional COS, ECF No. 426-1, p. 3-15.

The United States Attorney's Office served Melinda Sabasovich at 32063 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 59-61.

The United States Attorney's Office served and attempted to serve Melinda Sabasovich at 89074 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as attempted not known and unable to forward. COS, ECF No. 399-1, p. 3-10, 62-64.

The United States Attorney's Office served and attempted to serve Melinda Sabasovich at 32082 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The status of the certified mail is unknown as USPS has the mail listed as no access to delivery location since December 12, 2023. COS, ECF No. 399-1, p. 3-10, 65-67.

The United States Attorney's Office attempted to serve Melinda Sabasovich at 89109 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail and the certified mail were both returned as attempted not known and unable to forward. COS, ECF No. 399-1, p. 3-10, 68-70.

The United States Attorney's Office served and attempted to serve Kerin Schroeder by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as unclaimed and unable to forward. COS, ECF No. 399-1, p. 3-10, 56-58.

The United States Attorney's Office served and attempted to serve Perry Stasi at 89142 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail was not returned. The certified mail was returned as no mail receptacle and unable to forward. COS, ECF No. 399-1, p. 3-10, 71-73.

The United States Attorney's Office served Perry Stasi at Anthem Village Dr. by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 74-75.

The United States Attorney's Office served Perry Stasi at Villa Rica Drive by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 76-78.

The United States Attorney's Office served Todd Vowell at 84790 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 79-81.

The United States Attorney's Office attempted to serve Todd Vowell at 84770 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail and the certified mail were both returned as not deliverable as addressed, unclaimed, and unable to forward. COS, ECF No. 399-1, p. 3-10, 82-84.

The United States Attorney's Office served and attempted to serve Robert Leroy Wolfe (or Kaufman) at 89044 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. The regular mail

was not returned. The certified mail was returned as no such street and unable to forward. COS, ECF No. 399-1, p. 3-10, 85-87.

The United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at 89149 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 88-89.

The United States Attorney's Office served Robert Leroy Wolfe (or Kaufman) at 89131 by regular and certified return receipt mail with copies of the Substitution and Forfeiture Order and the Notice on December 8, 2023. COS, ECF No. 399-1, p. 3-10, 90-91.

On September 11, 2023, Jeffrey M. Haeberlin filed a Petition for Ancillary Hearing, ECF No. 334. On October 16, 2023, the United States filed a Motion to Dismiss Haeberlin's Petition, ECF No. 353, and this Court granted the Motion to Dismiss , ECF No. 363.

On January 2, 2024, Robert L. Wolfe filed a Request for Hearing to Adjudicate Property, ECF No. 384. On January 16, 2024, the United States filed a Motion to Dismiss Wolfe's Petition, ECF No. 401, and this Court granted the Motion to Dismiss, ECF No. 418.

This Court finds no other petition as to Larry Anthony McDaniel was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions as to Larry Anthony McDaniel are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from Larry Anthony McDaniel the in personam criminal forfeiture money judgment of $296,983, not to be held jointly and severally liable with any codefendants;

that all possessory rights, ownership rights, and all rights, titles, and interests in the substitute property hereinafter described are condemned, forfeited, and vested in the United States:

1.  $15,991.32;

2.  $51,993.20;

3.  $94,015.99;

4.  cash in lieu of a 2010 gold convertible 2 door Jaguar XK bearing VIN SAJWA4GB6ALB359199;

(all of which constitute substitute property), which will be applied towards the criminal forfeiture money judgment;

that all possessory rights, ownership rights, and all rights, titles, and interests in the real property hereinafter described are condemned, forfeited, and vested in the United States:

Real property located at 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109, more particularly described as:

PARCEL I: UNIT B, BUILDING 11 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUM PHASE ONE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, CLARK COUNTY, NEVADA.

PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS, TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-B OF LAS VEGAS INTERNATIONAL COUNTRY CLUB TOWNHOUSE CONDOMINIUM PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION RECORDED IN THE OFFICE OF THE RECORDER OF CLARK COUNTY, NEVADA IN OFFICIAL RECORDS, BOOK 206 AS DOCUMENT NO. 165836;

PARCEL III: THE FOLLOWING APPURTENANT EASEMENT, AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS, RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358, CLARK COUNTY, NEVADA RECORDS, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-043

(all of which constitutes real property); and

the forfeiture of (1) the money judgment, (2) the substitute property, and (3) the real property are imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 21 U.S.C. § 853(p); and 21

U.S.C. § 853(n)(7); the money judgment shall be collected; the substitute property shall be collected; and the proceeds of 3189 Pinehurst Drive, Unit B, shall be collected; and all collected amounts shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the substitute property and the real property are extinguished and are not recognized as to all potential third parties, including the following individuals and entities:

1. Larry Anthony McDaniel, Sylviane Della Whitmore, Phillp D. Hurbace;

2. Clark County, Nevada, including the following offices: Clark County District Attorney, Clark County Treasurer, Clark County Assessor, Clark County Recorder, Clark County Clerk, Las Vegas Valley Water District, Southern Nevada Water Authority, Clark County Water Reclamation, Clark County Commission, Clark County Board of Commissioners;

3. City of Las Vegas, including the following offices: City Attorney, City Clerk, City of Las Vegas Sewer, Public Works of City of Las Vegas;

4. Las Vegas International Country Club Estates Home Owners Association, Quadro Homeowners Association, and Sierra Community Management LLC; and

5. Bradley Burns and Lori Burns, Kelly Douglas Card (Or Carn, Jr.), Larry Dean Coralli, Estate of Larry Dean Coralli, Brent Lee Coralli, Lucia Garanin or Costin or Aranin or Yaramin, Jeffrey Haeberlin, Nicole Hurbace / Nicole Gaudioso; Vicki Hurbace, Carl Kenneth Hurst, The Estate of Carl Kenneth Hurst, Teresa Hurst, Deborah Mayers, Melinda Sebasovich, Kerin Schroeder, Perry Stasi, Todd Vowell, Robert Leroy Wolfe (or Kaufman).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the United States may market 3189 Pinehurst Drive, Unit B, notwithstanding any third party's name on

the deed/title and the title company shall provide clear title on behalf of the United States for the sale of the forfeited property under 21 U.S.C. § 853(n)(7).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED _____ March 14 _____, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

26