**HOFLAND & TOMSHECK**
Jason F. Carr, Esq.
Nevada State Bar No. 6587
jasonc@hoflandlaw.com
228 South Fourth Street, 1st Floor
Las Vegas, Nevada 89101
Telephone: (702) 895-6760
Facsimile: (702) 731-6910

Appointed counsel for **Larry A. McDaniel**

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY ANTHONY MCDANIEL, ET. AL.<br><br>　　　　　Defendant. | Case No. 2:17-cr-00110-APG-DJA<br><br>**STIPULATION TO EXTEND SURRENDER DATE**<br>(Second Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Richard Anthony Lopez, Assistant United States Attorney, counsel for the United States of America, and Jason F. Carr, Esq., CJA appointed counsel for Larry A. McDaniel, that the date scheduled for Mr. McDaniel to self-surrender to his federal Bureau of Prisons (BOP) designated facility to coincide with the surrender date of his partner and codefendant Sylviane Whitmore.

　　　　The Stipulation is entered into for the following reasons:

1. This Court sentenced Larry McDaniel on March 15, 2024, to a thirteen-month sentence with a self-surrender date of June 14, 2024. (*See* ECF No. 450 (sentencing minutes).) The Court later extended that self-surrender date to August 2, 2024.

2. That on June 7, 2024, recently appointed CJA counsel for Mr. McDaniel filed a Motion for Bail Pending Appeal. (*See* ECF No. 523.)

3. That this Court denied that Motion on July 2, 2024. (*See* ECF No. 530.)

4. That Mr. McDaniel intends to seek review of that Order pursuant to the dictates of Fed. R. App. P. 9(b) and Ninth Circuit Rule 9-1.2. This stipulation will allow that review, which is expedited under the terms of the aforementioned rules, to reach completion.

5. That this Court extended the surrender date of Ms. Whitmore, Mr. McDaniel's life partner to September 27, 2024. (*See* ECF No. 538.)

6. That the parties are of the understanding that Mr. McDaniel is in compliance with all of his conditions of pre-trial and post-sentencing release.

7. That, given these considerations, the parties ask that this Court set Mr. McDaniel's surrender date to the same date as Ms. Whitmore's—September 27, 2024.

This is the second stipulation to continue the self-surrender date filed herein.

DATED this 22nd Day of July, 2024.

| HOFLAND AND TOMSHECK | JASON M. FRIERSON |
|---|---|
| | United States Attorney |
| | |
|   /s/ Jason F. Carr |   /s/ Richard Anthony Lopez |
| By:_____ | By:_____ |
| JASON F. CARR, ESQ. | RICHARD ANTHONY LOPEZ |
| CJA Counsel for Mark Lewis | Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LARRY ANTHONY MCDANIEL,<br><br>Defendant. | Case No. Case No. 2:17-cr-00110-APG-DJA<br><br>**FINDINGS OF FACT, CONCLUSIONS OF LAW, AND ORDER** |

**FINDINGS OF FACT**

Based on the representations of counsel, the Court finds that:

1. This Court sentenced Larry McDaniel on March 15, 2024, to a thirteen-month sentence with a self-surrender date of June 14, 2024. (*See* ECF No. 450 (sentencing minutes).) The Court later extended that self-surrender date to August 2, 2024.

2. That on June 7, 2024, recently appointed CJA counsel for Mr. McDaniel filed a Motion for Bail Pending Appeal. (*See* ECF No. 523.)

3. That this Court denied that Motion on July 2, 2024. (*See* ECF No. 530.)

4. That Mr. McDaniel intends to seek review of that Order pursuant to the dictates of Fed. R. App. P. 9(b) and Ninth Circuit Rule 9-1.2. This stipulation will allow that review, which is expedited under the terms of the aforementioned rules, to reach completion.

5. That this Court extended the surrender date of Ms. Whitmore, Mr. McDaniel's life partner, to September 27, 2024. (*See* ECF No. 538.)

6. That the parties are of the understanding that Mr. McDaniel is in compliance with all of his conditions of pre-trial and post-sentencing release.

4

7. That, given these considerations, the parties ask that this Court set Mr. McDaniel's surrender date to the same date as Ms. Whitmore's—September 27, 2024.

**LEGAL FINDINGS AND ORDER**

Based on the stipulation of counsel, and for good cause shown, the Court **Orders** that Mr. McDaniel's current Bureau of Prisons surrender date of August 2, 2024, be be continued to September 27, 2024.

DATED this 23rd day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE