JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LARRY ANTHONY MCDANIEL,<br><br>　　　　　Defendant. | 2:17-CR-110-APG-DJA<br><br>**United States of America's Unopposed Motion to Approve List Price for Real Property Located at 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109** |

　　　The United States moves this Court to approve a list price of $300,000 for the sale of 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109 (property).[1] Larry Anthony McDaniel agreed to this listing price.

---

[1] MORE PARTICULARLY DESCRIBED AS:
PARCEL I: UNIT B, BUILDING 11 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUM PHASE ONE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, CLARK COUNTY, NEVADA.
PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS, TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-B OF LAS VEGAS INTERNATIONAL COUNTRY CLUB TOWNHOUSE CONDOMINIUM PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION RECORDED IN THE OFFICE OF THE RECORDER OF CLARK COUNTY, NEVADA IN OFFICIAL RECORDS, BOOK 206 AS DOCUMENT NO. 165836;
PARCEL III: THE FOLLOWING APPURTENANT EASEMENT, AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS, RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358, CLARK COUNTY, NEVADA RECORDS, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-043.

The reason for this request is to authorize Doug Sawyer to list the property for sale for $300,000 under the Court-ordered interlocutory sale and the Final Order of Forfeiture.

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

**Motion and Memorandum of Points and Authorities**

This Court authorized the Interlocutory Sale of the property and forfeited the property in the Final Order of Forfeiture.[2] The forfeiture is not final until the appeal is resolved. McDaniel and the government entered into a Stipulation to Modify the Order for Interlocutory Sale and agreed to the sale of the property through Doug Sawyer.[3] McDaniel agreed to list the property for sale for $300,000, and Doug Sawyer agrees this is a fair listing price for the property.

**Conclusion**

This Court should enter an Order for the list price of $300,000 for the sale of 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109.

Dated: September 19, 2024.

JASON M. FRIERSON
United States Attorney

*/s/* Daniel D. Hollingsworth
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: September 20, 2024

---

[2] Order Granting Motion for an Interlocutory Order of Sale, ECF No. 397; Final Order of Forfeiture, ECF No. 453.
[3] Order Granting Stipulation between United States of America and Larry Anthony McDaniel, ECF No. 564.