SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney
Nevada Bar No. 1925
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Daniel.Hollingsworth@usdoj.gov
Attorneys for the United States

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-110-APG-DJA |
| Plaintiff, | ORDER GRANTING |
| v. | **United States of America's Unopposed Motion to Approve Sale Price and Sale Terms for Real Property Located at 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109** |
| LARRY ANTHONY MCDANIEL, | |
| Defendant. | |

The United States moves this Court to approve the sale of 3189 Pinehurst Drive, Unit B, Las Vegas, Nevada 89109 (property)[1] for $287,500, reducing the price from $300,000.[2] Larry Anthony McDaniel has accepted this offer, and the government will accept this offer with this Court's approval.

---

[1] MORE PARTICULARLY DESCRIBED AS:
PARCEL I: UNIT B, BUILDING 11 OF LAS VEGAS INTERNATIONAL COUNTRY CLUB ESTATES - TOWNHOME CONDOMINIUM PHASE ONE, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 14 OF PLATS, PAGE 10, CLARK COUNTY, NEVADA.
PARCEL II: AN UNDIVIDED 1/47TH INTEREST IN AND TO THE COMMON AREAS, TOGETHER WITH AN EXCLUSIVE EASEMENT TO USE PARKING SPACE NO. 11-B OF LAS VEGAS INTERNATIONAL COUNTRY CLUB TOWNHOUSE CONDOMINIUM PHASE ONE, AS THE SAME IS ESTABLISHED IN THE PLAN RECORDED IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, IN BOOK 14, PAGE 10, AS AMENDED IN BOOK 205, PAGE 164, AND THE DECLARATION RECORDED IN THE OFFICE OF THE RECORDER OF CLARK COUNTY, NEVADA IN OFFICIAL RECORDS, BOOK 206 AS DOCUMENT NO. 165836;
PARCEL III: THE FOLLOWING APPURTENANT EASEMENT, AN EXCLUSIVE EASEMENT FOR INGRESS AND EGRESS OVER CERTAIN STREETS CREATED IN THE DECLARATION OF EASEMENTS, RIGHTS, CONDITIONS AND RESTRICTIONS, RECORDED IN BOOK 941 AS INSTRUMENT NO. 755358, CLARK COUNTY, NEVADA RECORDS, TOGETHER WITH ALL IMPROVEMENTS AND APPURTENANCES THEREON; APN: 162-10-717-043.
[2] Order Authorizing List Price for $300,000, ECF No. 568.

The reason for this request is to authorize Doug Sawyer to sell the property for $287,500 under the Court-ordered interlocutory sale[3] and Final Forfeiture Order.[4]

This Motion is made and is based on the papers and pleadings on file herein and the attached Memorandum of Points and Authorities.

## Motion and Memorandum of Points and Authorities

This Court authorized the Interlocutory Sale of the property at $300,000 and forfeited it in the Final forfeiture Order.[5] Mr. Sawyer listed the price for $300,000.[6]

According to Mr. Sawyer, after he listed the property, he received only two offers from the walk-throughs of the property. The first buyer subsequently withdrew because of the background check and the court approval process. This buyer cleared the background check and accepted the court approval process.

If this Court approves the sale price, the proceeds will be accounted for and distributed according to the law.

Under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the real property were extinguished and are not recognized as to McDaniel and all potential third parties, including the following individuals and entities:

1. Sylviane Della Whitmore, Phillp D. Hurbace;

2. Clark County, Nevada, including the following offices: Clark County District Attorney, Clark County Treasurer, Clark County Assessor, Clark County Recorder, Clark County Clerk, Las Vegas Valley Water District, Southern Nevada Water Authority, Clark County Water Reclamation, Clark County Commission, Clark County Board of Commissioners;

3. City of Las Vegas, including the following offices: City Attorney, City Clerk, City of Las Vegas Sewer, Public Works of City of Las Vegas;

---

[3] Interlocutory Order (IO), ECF No. 397; Stipulation Modifying Interlocutory Order, ECF No. 564.
[4] Final Forfeiture Order (FO), ECF No. 453.
[5] IO, ECF No. 397; FO, ECF No. 453.
[6] Order Authorizing List Price for $300,000, ECF No. 568.

4. Las Vegas International Country Club Estates HomeOwners Association, Quadro Homeowners Association, and Sierra Community Management LLC; and

5. Bradley Burns and Lori Burns, Kelly Douglas Card (Or Carn, Jr.), Larry Dean Coralli, Estate of Larry Dean Coralli, Brent Lee Coralli, Lucia Garanin or Costin or Aranin or Yaramin, Jeffrey Haeberlin, Nicole Hurbace / Nicole Gaudioso; Vicki Hurbace, Carl Kenneth Hurst, The Estate of Carl Kenneth Hurst, Teresa Hurst, Deborah Mayers, Melinda Sebasovich, Kerin Schroeder, Perry Stasi, Todd Vowell, Robert Leroy Wolfe (or Kaufman).[7]

The net sale proceeds will be held in an interest-bearing account by the Department of the Treasury until resolution of the appeal, which will constitute the amount to be retained by the Court as a substitute res under Supp. R. G(7)(b)(iii) and (iv).

According to the IRS-CI, the government has determined that (1) neither the buyer nor any individual who will be on the title after the completion of the sale is a felon; and (2) this sale represents an arms-length transaction.

Dated: March 14, 2025.

SUE FAHAMI
Acting United States Attorney

*/s/ Daniel D. Hollingsworth*
DANIEL D. HOLLINGSWORTH
Assistant United States Attorney

IT IS SO ORDERED:

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED:  March 17, 2025

---

[7] Final Order of Forfeiture, ECF No. 453.